IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES D. MALONE and ELIZABETH MALONE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 14-406-SLR/SRF ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington this 13th day of May, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on April 24, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 392) is adopted.

2. The motions for summary judgment filed by the following defendants: Air & Liquid Systems Corporation (D.I. 374); Armstrong International Inc. (D.I. 358); Atwood & Morrill Company Inc. (D.I. 345); Blackmer Pump Company (D.I. 343); Crown Cork & Seal Company Inc. (D.I. 360); Flowserve US Inc. (D.I. 349); The Nash Engineering Company (D.I. 347); Trane US Inc. (D.I. 363); and The William Powell Company (D.I. 341) are granted.

United States District Judge