IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES D. MALONE and ELIZABETH MALONE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 14-406-SLR/SRF ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

ORDER

At Wilmington this 9th day of June, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on May 22, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 423) is adopted.

2. The motions for summary judgment filed by the following defendants: Crane Co. (D.I. 366); Ingersoll Rand Company (D.I. 369); Velan Valve Corp. (D.I. 371); Zurn Industries, Inc. (D.I. 353); and Pfizer Inc. (D.I. 365) are granted.

United States District Judge