IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES D. MALONE and ELIZABETH MALONE,<br><br>          Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>          Defendants. | Civ. No. 14-cv-406 (GMS-SRF) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on August 29, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, this 22nd day of September, 2016, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 437) is ADOPTED; and

2. The Defendants' Motions for Summary Judgment (D.I. 377, 379, and 381) are GRANTED; and

3. The Clerk of Court is directed to enter judgment in favor of the Defendants, Cummins, Inc., Foster Wheeler Corporation, and CBS Corporation, and against the Plaintiffs, Charles and Elizabeth Malone.

_____
UNITED STATES DISTRICT JUDGE